# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY LEE DENHAM, JR.

NO. 2023 KW 0347

**JULY 17, 2023**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-12-0031.

---

**BEFORE:   THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT GRANTED.** The new rule of criminal procedure announced in **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), which provides for unanimity in jury verdicts is not retroactive in Louisiana. **State v. Reddick,** 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. See also **State v. Jackson,** 2022-00720 (La. 5/16/23), 2023 WL 3475740 (*per curiam*). The defendant's convictions became final in 2014, when he failed to seek further review following this court's opinion on his appeal. See La. Code Crim. P. art. 922(B). Accordingly, the district court's order overruling the procedural objection of untimeliness to defendant's application for postconviction relief, filed on February 22, 2021, and directing the district attorney to file an answer on the merits is reversed. See La. Code Crim. P. art. 930.8(A)(2). This matter is remanded for further proceedings.

MRT
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT